# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0054. DIEGO HUOT DE SAINT-ALBIN v. MEREDITH QUINN EUBANKS**

Diego Huot De Saint-Albin moves this Court for an emergency grant of supersedeas to stay enforcement of a warrant for incarceration filed September 11, 2025, in the Superior Court of Fulton County. See Ga. Const. of 1983, Art. VI, Sec. 1, Par. IV; OCGA § 9-11-62 (e); Court of Appeals Rule 40 (b). The trial court entered an order August 29, 2025, finding Saint-Albin in contempt, establishing a payment amount and timing to cure the contempt, and providing that if he did not satisfy the purge requirements or present himself to the Fulton County Jail by prescribed times, an arrest order and warrant shall issue. Pursuant to OCGA § 5-6-13 (a), Saint-Albin on August 29, 2025, filed with the trial court an application for supersedeas and written notice of intent to appeal the August 29, 2025 contempt order. The trial court has not granted the application, and on September 11, 2025, the trial court entered an arrest warrant for Saint-Albin.

As provided in OCGA § 5-6-13 (a), a trial court has no discretion to refuse to grant an application for supersedeas in cases of contempt where the person adjudged to be in contempt has submitted written notice indicating his intent to seek review of the adjudication of contempt. See *Binkley v. Flatt*, 256 Ga. App. 263, 265-266 (2) (568 SE2d 95) (2002). "The statute calls a mandatory halt [to punishment for contempt] as a matter of right." *Calvert Enterprises, Inc. v. Griffin-Spalding County Hosp. Auth.*, 197 Ga. App. 727, 729 (1) (399 SE2d 287) (1990).

To prevent contested issues from becoming moot, we exercise our inherent authority under Court of Appeals Rule 40 (b) and GRANT Saint-Albin's emergency motion and ORDER the trial court, the Superior Court of Fulton County, to issue an order granting Saint-Albin's application for supersedeas. We further ORDER that enforcement of the contempt order and warrant for arrest be stayed until such time as the underlying appeal is docketed.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __09/12/2025__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*